UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONNA KANE,** )<br>   ) **CIVIL ACTION NO.:**<br>*Plaintiff,* )  **3:17-CV-01364-WWE**<br>   )<br>**v.** )<br>   )<br>**NK INVESTMENTS, LP,** )<br>**STEINBRECHER AND ASSOCIATES,** )<br>**INC. and BNSF RAILWAY COMPANY,** )<br>   )<br>*Defendants*. ) | |

## DEFENDANTS BNSF RAILWAY COMPANY'S AND STEINBRECHER AND ASSOCIATES, INC.'S MOTION TO DISMISS

The Defendants BNSF Railway Company ("BNSF") and Steinbrecher and Associates, Inc. ("SAA") (collectively the "Defendants") respectfully move this Court for an order, pursuant to Fed. R. Civ. P. 12(b)(1) dismissing Plaintiff Donna Kane's Complaint on the grounds of lack of personal jurisdiction pursuant to Rule 12(b)(2).  And, subject to their motion to dismiss for lack of personal jurisdiction and in the alternative, they move this Court to dismiss claims against SAA and BNSF on the grounds of improper venue pursuant to Rule 12(b)(3).  Subject to its motion to dismiss for lack of personal jurisdiction and for improper venue, and, in the alternative, BNSF also moves to dismiss for failure to state a claim pursuant to Rule 12(b)(6).[1]

Ms. Kane's Complaint contains four counts against three foreign, corporate defendants. Ms. Kane asserts one count against BNSF for tortious interference with a contract and one count for breach of contract against SAA.  In addition to the claims against the Defendants, Ms. Kane

---

[1] By bringing its 12(b)(6) motion, BNSF does not submit to the jurisdiction of this Court, or waive its defenses that personal jurisdiction and venue are improper.  It raises the 12(b)(6) motion at this time, although subject to the motions to dismiss based on lack of personal jurisdiction and improper venue, to preserve its rights under Rule 12(b), as required by Rule 12(g).

has brought negligence and tortious interference claims against NK Investments, LP, the operator of a DoubleTree by Hilton hotel located in San Bernardino, California.

As set forth more fully in the accompanying Memorandum of Law in Support of Defendants BNSF Railway Company and Steinbrecher and Associates, Inc Motion to Dismiss, Defendants' respectfully request that the Court grant their motion to dismiss Ms. Kane's Complaint against Defendants in its entirety.

Dated: October 16, 2017
Hartford, Connecticut

RESPECTFULLY SUBMITTED,
THE DEFENDANT,
BNSF RAILWAY COMPANY
STEINBRECHER AND ASSOCIATES, INC.

By: */s/ Mitchell L. Fishberg*
    Mitchell L. Fishberg (ct19661)
    Tiffany R. Hubbard (ct28247)
    McCarter & English, LLP
    CityPlace I
    185 Asylum Street
    Hartford, Connecticut 06103
    Tel.: (860) 275-6700
    Fax: (860) 724-3397
    Email: mfishberg@mccarter.com
    Email: thubbard@mccarter.com
    Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically, this 16th day of October, 2017.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                               */s/ Mitchell L. Fishberg*
                                               Mitchell L. Fishberg (ct19661)

ME1 25897636v.1