UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA KANE,
    Plaintiff,

V.                                              Case no. 3:17-cv-001364 (WWE)

NK INVESTMENTS, LP.
STEINBRECHER AND ASSOCIATES, INC.,
BNSF RAILWAY COMPANY,
    Defendants.

## JUDGMENT

This action came on for consideration of the defendants' motions to dismiss the complaint [doc. 17, doc. 20] before the Honorable Warren W. Eginton, Senior United States District Judge.

The Honorable Warren W. Eginton, considered the full record of the case including applicable principles of law and entered an order granting the motion to dismiss as to NK Investments, LP on April 19, 2018 and the motion to dismiss as to Steinbrecher and Associates, Inc. and BNSF Railway Company on April 24, 2018. Accordingly judgment shall enter in favor of the defendants. It is therefore;

ORDERED, ADJUDGED AND DECREED, that judgment enter dismissing the complaint in favor of the defendants, NK Investments, LP, Steinbrecher and Associates, Inc. and BNSF Railway Company and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of April, 2018.

                                                      Robin D. Tabora, Clerk
                                                      By: /s/ Kristen Gould
                                                          Deputy Clerk

EOD: 4/25/2018